# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| **RICHARD WAGNER,** *et al.*, | ) | CASE NO. 1:23-CV-00167 |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | |
| | ) | **NOTICE OF PRO HAC VICE** |
| **PRANAMJI, INC.,** | ) | **PAYMENT RENEWAL** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |

Now come Plaintiffs, by and through their undersigned counsel, and hereby gives Notice that on February 3, 2025, their counsel electronically paid his Pro Hac Vice Renewal Fee to the United States Clerk of Court for the Western District of Kentucky.

    Respectfully submitted,

    **/s/ *COLIN G. MEEKER***
    Colin G. Meeker (#0092980)
    The Meeker Group, LLC
    2991 Millboro Rd., Ste 101
    Silver Lake, OH 44224
    Cell: (330) 603-7173
    TheMeekerGroup@outlook.com

    Attorney for Plaintiffs