IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

---

| | |
|---|---|
| **RICHARD WAGNER and** | ) |
| **SPENCER NEAL** | ) |
| | ) |
|                  **PLAINTIFFS** | ) Civil Action No. 1:23cv-00167-GNS |
| vs. | ) Chief Judge Greg N. Stivers |
| | ) |
| **PRANAMJI, INC.** | ) |
| | ) |
|                  **DEFENDANT** | ) |

---

## ORDER

    A telephonic status conference was conducted in this action on August 14, 2025, with the undersigned presiding. Participating in the conference were Colin G. Meeker for the Plaintiffs and Christopher Todd Davenport for the Defendant. Following discussions between counsel and the Court,

    **IT IS ORDERED** the agreed amended scheduling order at DN 22 is amended as follows:

    (1)    **No later than August 30, 2025,** counsel for the Plaintiffs shall disclose the identity of any person who may be used at trial to provide expert testimony under Fed. R. Civ. P. 26(a)(2)(A). By that date, Plaintiffs shall submit written reports from any expert witnesses who are retained or specially employed as required by Fed. R. Civ. P. 26(a)(2)(B). If the witness is not required to provide a written report, Plaintiffs' disclosure shall include for each witness the subject matter on which the witness is expected to present evidence under Fed. R. Evid. 702, 703 or 705 and a summary of the facts and opinions to which the witness is expected to testify, in conformance with Fed. R. Civ. P. 26(a)(2)(C).

(2)     **No later than December 1, 2025**, counsel for the Defendant shall disclose the identity of any person who may be used at trial to provide expert testimony under Fed. R. Civ. P. 26(a)(2)(A).  By that date, Defendant shall submit written reports from any expert witnesses who are retained or specially employed as required by Fed. R. Civ. P. 26(a)(2)(B).  If the witness is not required to provide a written report, Defendant's disclosure shall include for each witness the subject matter on which the witness is expected to present evidence under Fed. R. Evid. 702, 703 or 705 and a summary of the facts and opinions to which the witness is expected to testify, in conformance with Fed. R. Civ. P. 26(a)(2)(C).

(3)     The discovery depositions of all expert witnesses shall be completed **no later than December 30, 2025.**

(4)     **No later than January 30, 2026**, counsel for the parties shall file all dispositive motions.  This same date is the filing deadline for motions related to the admissibility of expert testimony pursuant to Federal Rule of Evidence 702 (<u>Daubert</u> motions).

ENTERED this August 18, 2025

H. Brent Brennenstuhl
United States Magistrate Judge

Copies to:     Counsel of Record

0|06

2 | P a g e